Matter of Connelly (2025 NY Slip Op 01708)

Matter of Connelly

2025 NY Slip Op 01708

Decided on March 20, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 20, 2025

PM-86-25
[*1]In the Matter of Patricia Ann Connelly, an Attorney. (Attorney Registration No. 4110144.)

Calendar Date:March 10, 2025

Before:Aarons, J.P., Pritzker, Ceresia, McShan and Powers, JJ.

Patricia Ann Connelly, Nashville, Tennessee, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Patricia Ann Connelly was admitted to practice by this Court in 2003 and lists a business address in Nashville, Tennessee with the Office of Court Administration. Connelly now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Connelly's application.
Upon reading Connelly's affidavit sworn to February 11, 2025 and filed February 18, 2025, and upon reading the March 10, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Connelly is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Aarons, J.P., Pritzker, Ceresia, McShan and Powers, JJ., concur.
ORDERED that Patricia Ann Connelly's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Patricia Ann Connelly's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Patricia Ann Connelly is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Connelly is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Patricia Ann Connelly shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.